JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE CARLOS RODRIGUEZ, Plaintiff,

v.

F. PUTNAM, ET AL., Defendants.

CASE NO. CV 11-8772-CJC (PJW)

J U D G M E N T

Pursuant to the Order Dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 9, 2013.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Re Rodriguez v. Putnam.wpd